## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**AARON B. HILL**                                                    **CIVIL ACTION**

**VERSUS**                                                                **NO. 19-12687**

**STATE OF LOUISIANA**                                  **SECTION: "S"(3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Aaron B. Hill is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

New Orleans, Louisiana, this __4th__ day of _____May_____, 2021.

**UNITED STATES DISTRICT JUDGE**